BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VARAZDAT MIRIJANYAN,<br><br>　　　　　　　Defendant. | CASE NO. 2:00-CR-00198 MCE<br><br>**ORDER DISMISSING INDICTMENT** |

　　　For the reasons set forth in the motion to dismiss filed by the United States, the charge against defendant **VARAZDAT MIRIJANYAN** is hereby DISMISSED, and any outstanding arrest warrant is recalled.

　　　IT IS SO ORDERED.

Dated:  February 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT